KOHLMAN, Respondent, v. JOHN P. ROTH BENEV. ASS'N OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Term. March 16, 1900.) Action by Louis Kohlman against the John P. Roth Benevolent Association of the City of New York. Judgment for plaintiff, and defendant appeals. Reversed. Engle, Engle & Oppenheimer, for appellant. J. Steiner, for respondent.

DUGRO, J. The constitution and by-laws are crude, and express the intention of the parties in quite an unsatisfactory way. It seems that by the use of the term "heirs," in connection with the $100 referred to in section 14, was meant the person, if any, designated in the book

provided for in section 2 of the constitution. The ·funeral benefit referred to at the close of section 14 is probably the same as the death benefit of an earlier part of the section. As it appears that the· plaintiff did not show a right to recover, the judgment is reversed, and a new trial ordered; costs to appellant to abide the event.

SCOTT, J., concurs. TRUAX, J., not voting.

